IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:16-cv-00680-D

| | |
|---|---|
| ASHLEE CANTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>)<br>) | ORDER FOR ATTORNEY'S FEES |

The Court hereby awards Plaintiff $3,247.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(c) and (d), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This __19__ day of May, 2017.

JAMES C. DEVER III
Chief United States District Judge