UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ASHLEE CANTY,                                    )
                                                 )
                        Plaintiff,               )
                                                 )        **JUDGMENT IN A CIVIL CASE**
        v.                                       )
                                                 )        **CASE NO. 5:16-CV-680-D**
NANCY A. BERRYHILL, Acting Commissioner          )
of Social Security,                              )
                        Defendant.               )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff
$3,247.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(c) and (d), paid to
Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program, 31
U.S.C. § 3716. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and
delivered to Plaintiffs attorney.

**This Judgment Filed and Entered on May 19, 2017, and Copies To:**
Angela R. Cinski                         (via CM/ECF electronic notification)

Gabriel R. Deadwyler                     (via CM/ECF electronic notification)

DATE:                            PETER A. MOORE, JR., CLERK
May 19, 2017                     (By) /s/ Nicole Briggeman
                                      Deputy Clerk